IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.1:21-cv-02559-CMA-SBP

LAURIE LITTLEWOOD,

    Plaintiff,

  v.

NOVARTIS PHARMACEUTICALS CORP.,

    Defendant.

## MOTION FOR LEAVE TO WITHDRAW APPEARANCES

Plaintiff Lauri Littlewood, R. Scott Oswald, John T. Harrington, and The Employment Law Group, P.C., jointly move to withdraw the appearances as counsel for Plaintiff of R. Scott Oswald, John T. Harrington, and The Employment Law Group, P.C. D.C. Colo.LattyR 5(b) and Local Rule 7.1(b)(4). Plaintiff's counsel submits this motion jointly on behalf of Plaintiff and R. Scott Oswald, John T. Harrington, and The Employment Law Group, P.C., as irreconcilable differences have arisen, and the forgoing agree to and consent to the withdrawal.

Plaintiff's counsel sought consent to this motion from Defendant's counsel and did not receive a response.

R. Scott Oswald, John T. Harrington, and The Employment Law Group, P.C. have advised Plaintiff that, following their withdrawal, she will be personally responsible for complying with all court orders and time limitations established by applicable statutes and rules until and unless successor counsel enter their appearance.

Plaintiff respectfully submits the attached proposed order for the Court's

1

consideration.

        Respectfully submitted,


        */s/ John T. Harrington*
        R. Scott Oswald
        John T. Harrington
        The Employment Law Group, P.C.
        1717 K St., NW, Ste. 1110
        Washington, D.C. 20006-5345
        Telephone: (202) 261-2830
        Facsimile: (202) 261-2835
        soswald@employmentlawgroup.com
        tharrington@employmentlawgroup.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was filed with the Court via the CM/ECF system, which will send notice to counsel for Defendant, and via email and regular mail to Plaintiff at:

Lauri Littlewood
4452 Terry Lake Road
Fort Collins, CO 80524
lauri.littlewood@gmail.com

*/s/ John T. Harrington*
John T. Harrington