DocuSign Envelope ID: 743EDB4F-C545-47FE-BF2A-D3F38AC7C813

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-02559

LAURI LITTLEWOOD,

      Plaintiff,

v.

NOVARTIS PHARMACEUTICALS CORP.,

      Defendant.

---

## DECLARATION OF MICHELLE KITCHEN

---

I, Michelle Kitchen, declare as follows:

1. I submit this declaration in support of Defendant's Motion for Sanctions in both *Littlewood v. Novartis Pharmaceuticals Corporation*, 1:21-cv-02559 (hereinafter "*Littlewood I*") and *Littlewood v. Novartis Pharmaceuticals Corporation* (hereinafter "*Littlewood II*") as well as the May 2, 2024 hearing on spoliation set in both matters. I have reviewed the Court's Order in both matters (Dkt. No. 95, *Littlewood I*) and (Dkt. 67, *Littlewood II*) setting the inquiries to be made at this hearing.

2. I am above twenty-one years of age, of sound mind, and if called to testify I could and would competently testify hereto based on information and belief.

3. I am the Global eDiscovery Lead, IP and Legal Counsel at Novartis, providing eDiscovery guidance to Defendant Novartis Pharmaceuticals Corporation ("Novartis").

4. Based on information provided by Novartis' vendor, upon its review of Ms. Littlewood's corporate iPad which had been provided by Ms. Littlewood it had been reset to the factory setting prior to its return to Novartis thereby effectively wiping the iPad's contents. Given Ms. Littlewood's corporate iPad had been reset to its factory

DocuSign Envelope ID: 743EDB4F-C545-47FE-BF2A-D3F38AC7C813

settings the recovery of any potential  text messages from Ms. Littlewood's corporate iPad could not be recovered.

5.  Novartis furthermore has a policy and practice which prohibits employees from synching work devices (such as the iPad referenced in the Court's order) with their personal devices.  This is attached as Exhibit 1.  Any messages she may have sent from her iPad thus would not be present on Ms. Littlewood's personal iCloud account.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01-May-2024 | 9:48:17 AM PDT

/s/*Michelle Kitchen*
Michelle Kitchen

DocuSign Envelope ID: 743EDB4F-C545-47FE-BF2A-D3F38AC7C813

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed with the Court via the CM/ECF system and will also be sent via electronic mail and regular mail to Plaintiff.

/s/ M. Scott McIntyre
M. Scott McIntyre

Exhibit 1

# US Mobile Device and Communications Guidelines

## September, 2019

NPC005074

# Table of Contents

1 Purpose and Scope ..................................................................................................................... 4

2 Guideline ..................................................................................................................................... 5

3 Enforcement ............................................................................................................................... 5

4 Employee Eligibility .................................................................................................................... 6

5 User Acceptance ......................................................................................................................... 6

6 Requesting a Device ................................................................................................................... 7

  6.1 Named Devices ....................................................................................................................... 7

  6.2 Pooled Devices ....................................................................................................................... 7

  6.3 Device Types ........................................................................................................................... 7

    6.3.1 iOS Devices ...................................................................................................................... 7

    6.3.2 Basic Phone ...................................................................................................................... 7

    6.3.3 MiFi Devices ..................................................................................................................... 7

    6.3.4 Non-Standard Device Models .......................................................................................... 8

    6.3.5 Additional Information ..................................................................................................... 8

7 BYOM ......................................................................................................................................... 9

8 General Usage Guidelines ......................................................................................................... 11

  8.1 Personal Usage and Privacy .................................................................................................. 11

  8.2 Electronic Messaging (SMS/Text, IM and SMS, Skype for Business, etc.) .......................... 11

  8.3 Electronic Mail (eMail) ......................................................................................................... 11

  8.4 Mobile Applications .............................................................................................................. 11

  8.5 Phone Numbers .................................................................................................................... 12

9 Usage ........................................................................................................................................ 13

  9.1 Corporate Registered Devices .............................................................................................. 13

  9.2 Apple ID ................................................................................................................................ 13

  9.3 Use of iOS devices in Interactions with Customers ............................................................. 13

10 Storage and Synchronization ................................................................................................... 15

  10.1 Storage of Data ................................................................................................................... 15

    10.1.1 Business and/or Work-related Electronic Documents – Sales Associates ...................... 15

    10.1.2 Applications Used for Novartis Business and/or Work ................................................... 15

  10.2 Data Synchronization .......................................................................................................... 15

    10.2.1 Data Preservation / Document Retention ..................................................................... 15

11 Wi-Fi Calling ............................................................................................................................. 16

12 Personal Hotspot Usage ........................................................................................................... 16

13 Printing ..................................................................................................................................... 16

14 iOS Device Management ........................................................................................................... 16

  14.1 Removing Profiles ............................................................................................................... 16

NPC005075

14.2    Removing of MobileIron Application .................................................................... 16

14.3    Jail Breaking ......................................................................................................... 16

15    Theft, Loss & Damage ................................................................................................. 17

16    Equipment Disposition and Retrieval .......................................................................... 17

17    Asset Management ...................................................................................................... 17

18    Approvals, Expense Reimbursement, Service Charges and Equipment Charges and Upgrades . 18

18.1    Approvals ............................................................................................................... 18

18.2    Expense Reimbursement ...................................................................................... 18

18.3    Service Charges .................................................................................................... 18

18.4    Employee Discounts .............................................................................................. 18

18.5    Equipment Replacement and Refresh Programs .................................................. 18

19    Monitoring of Use ........................................................................................................ 19

19.1    Usage Monitoring .................................................................................................. 19

19.2    Non-Usage ............................................................................................................ 19

19.3    Employee Transfers .............................................................................................. 19

20    Mobility Usage Guidelines .......................................................................................... 19

20.1    Calls Made at Novartis Locations or Home Office ................................................ 19

21    Versioning .................................................................................................................... 20

NPC005076

## 1   Purpose and Scope

This Guideline applies to all US associates (employees and contractors) who are authorized to receive a Company issued Mobile Device (i.e. Basic Phone, MiFi or iOS Device) or utilize a personal mobile device as part of the "Bring your own Mobile" (BYOM) service.  These associates may belong to Novartis Pharmaceuticals Corporation ("NPC"), Novartis Services Inc. ("NSI"), Novartis Business Services ("NBS"), Novartis Oncology, Sandoz and any other US Novartis entities.  These may be referred to as "Novartis" or the "Company" in this document.

The purpose of this guideline is to:

- Inform associates of the Company's policies pertaining to Company issued mobile devices.
- Describe guidelines regarding appropriate general device use including:  voice, SMS/Text Messaging, e-mail and data usage.
- Describe interactions guidelines with customers.
- Describe guidelines regarding access to Public Mobile Application Stores.
- Inform associates of their responsibilities to control their mobile voice and data expenditures.
- Inform associates of their expectation of privacy for materials utilized, created, stored, sent or received from their Company issued mobile device.
- Inform associates of the use of BYOM on their personal mobile devices and their responsibilities under this program.

NPC005077

## 2   Guideline

Company issued mobile devices are the property of the Company and are to be used for authorized purposes only. Associates are permitted to use mobile devices to assist in the performance of their jobs. Occasional personal use is permitted, to a limited extent, as long as the personal use does not conflict with job performance, other Novartis guidelines and policies or result in exceeding monthly usage allowances. All associates have the responsibility to use these mobile devices in accordance with all Company Policies and Guidelines.

Similar to your Company-issued computer and office phone, your Company-issued mobile device is intended for business-related purposes. All information and communications on Company-issued mobile devices (whether business-related or personal) remain the property of the Company and are subject to review by Company personnel. As with all communications using Company-issued devices, associates should have no expectation that any communication on a Company-issued mobile device, whether oral or written, will remain private. All communications on a Company-issued mobile device are subject to disclosure to third parties.  Associates are advised that by agreeing to these conditions, they authorize and consent to the use and disclosure of any communications sent or received on a Company-issued mobile device, to Novartis or any third party.

In addition, associates must exercise discretion with regard to the decision to store any personal information or data on a Company-issued mobile device. The Company will not return such personal information or data to the associate when a device is returned or lost or otherwise "wiped" as provided in this Guideline.

See IGM AUB – Acceptable use of end-user devices for more information on use of Mobile devices: ISRM: Protecting Novartis Information Guideline Section 2.2.1

All associates with an authorized Company-issued Mobile Device(s) are required to comply with:

- All email and text messaging policies as outlined in ISRM: Protecting Novartis Information Guideline Section 2.2.2
- Audio, Photography, and Video Usage Policy as outlined in US-SEC 001, with Company-issued mobile devices which include a camera when on any Novartis property.
- All local, state or municipal regulations requiring the use of hands free equipment when using a mobile phone during the operation of a vehicle. Text messaging or other use of a mobile phone for data or similar purposes while operating a vehicle is strictly prohibited.
- Lawful limited personal use in compliance with relevant policies and Guidelines.
- Internal data access must be used in compliance with relevant policies and Guidelines
- Other activity that is expressly permitted by the Company in a policy, Guideline or working practice document (WPD).

## 3   Enforcement

Violations of this Guideline may result in disciplinary action, up to and including termination.

NPC005078

## 4   Employee Eligibility

Please consult the Global IT Client Device Policy homepage for information regarding current global device eligibility and standards.

A limited number of company issued mobile devices are supported by Novartis. Only certain qualified models are approved for use within Novartis, subject to market availability.

For those that do not meet the eligibility requirements set forth in the Global IT Client Device Policy, devices can be requested on an exception basis provided there is a valid business justification and SDM/BRM approval.  There is no guarantee that an exception will be granted.

## 5   User Acceptance

Associates must complete any requested attestation prior to receiving a new mobile device or utilizing the BYOM service and to acknowledge this Guideline relating to Mobile  Devices  and  Communications  with respect  to  privacy,  usage  and  eligibility are understood.

NPC005079

# 6   Requesting a Device

All device requests are subject to approval when applicable.

All device requests and technical issues for field associates must be directed to the Field Service Desk at 888-999-4998.

All device requests and technical issues for office-based users must be submitted via the Service Catalog or by calling the service desk at 862-778-8000.

## 6.1   Named Devices

"Named" devices are registered to an individual associate and receive corporate data (Email, Calendar, Contacts, etc) when possible.

## 6.2   Pooled Devices

Pooled devices are intended to be deployed when there is a need to share a device between individuals in a group or function.  These devices have access to the generic accounts corporate data (Email, Calendar, Contacts, etc).  These devices must be registered on the corporate mobile iron server to the generic account originally requested.  Under no circumstances are these devices permitted to register to an individual associate's account.

A generic account can be created by completing a Standard Generic AD Account and Mailbox Service Now form.  If you require an accompanying mailbox to be viewed on your iOS device, please specify "5 GB Mailbox Type" in the description field.

**Note: The requester must be an internal associate and will be responsible for the use of the device, its financial and security components as well as its appropriate use when it is provided to others.  The requester will also be responsible to insure that all users and those that it is loaned to, read and attest to all requested guidelines, policies and attestations.**

## 6.3   Device Types

### 6.3.1   iOS Devices

#### 6.3.1.1   iPads

"iPad" refers to all models of currently and/or previously approved Apple iPads.  All US Field Force associates are provided iPads.  Eligible non-field based associates are required to complete the US iPad Request Form.

#### 6.3.1.2   iPhones

"iPhone" refers to all models of currently and/or previously approved Apple iPhones. Depending on an associate's role, an iPhone will be issued as part of the new-hire process. All other iPhone requests for eligible associates are required to complete the US iPhone Request Form.  No additional approval is required for associates with a GJFA Code 1, 2 or 3.  All others will be subject to operational manager and SDM/BRM approval.

### 6.3.2   Basic Phone

"Basic Phone" refers to all models of currently and/or previously supported flip phones.  Basic Phones are supplied in situations where only the minimal phone functionality (Voice/SMS) is required.  These phones do not have access to cellular data and therefore do not have access to corporate data (Email, Calendar, Contacts, etc).

### 6.3.3   MiFi Devices

"MiFi" refers to all models of currently and/or previously approved cellular capable wireless routers.  Personal Hotspots are now available to use on all iOS devices which renders MiFis redundant.  MiFis are

NPC005080

still supported but are issued on an exception only basis and can be requested via the corresponding service desk.

### 6.3.4   Non-Standard Device Models

All other devices not detailed above must be requested with valid business justification and necessary approvals.  Approval is not guaranteed.

### 6.3.5   Additional Information

Only corporate owned devices can be registered to the Novartis infrastructure.  Personal phones (not including BYOM) are not eligible to store company information on them, nor utilize E-mail.  For BYOM, company data must reside within the company partitioned container.

Removing the SIM card from your device is expressly prohibited unless directed to do so by a Mobility Specialist.  Associates are not allowed to swap corporate SIM cards into personal devices or vice versa.

NPC005081

## 7   BYOM

The BYOM Service allows Novartis associates to leverage their personal mobile devices (smart-phones and tablets) to access certain corporate information.  To request a BYOM registration please click the above link and then click the "Request a new Registration" link.

- The BYOM service includes access to your Novartis email, calendar, contacts and Skype for Business.
- Using your personal device is entirely voluntary and will have no impact on your employment status.
- Help desk support is limited to initial setup or if the associate no longer receives updates for calendar and email.

Per the below screenshot of Section 3 from the US BYOM Consent form, which is viewable upon the final step of requesting a BYOM device,  accessed via the "Request a new Registration" link contained "BYOM Service" link above:

User Consent Form

**THE BYOM SERVICE IS NOT AVAILABLE TO ANY EXTERNAL CONTRACTORS OR TO CALIFORNIA OFFICE-BASED ASSOCIATES (with the exception of FIELD FORCE)**

**3. ELIGIBILITY**

3.1 Novartis' BYOM service is available for use only by Novartis employees and is not available to associates working as or for an independent contractor.

3.2 In order to use your personal device for work purposes you must: (a) use a device that is permitted (see FAQ section of the Mobility portal for a description of permitted devices);  (b) implement and keep implemented the required security settings for your personal device (see section 5 - Mandatory Security Settings); and (c) accept and abide by all the terms in this Consent Form.

3.3 If you choose to agree to this Consent Form, you may subsequently withdraw your consent at any time by retiring the device from the program via the global Mobility Portal (remove from your personal device all Novartis data, software, application settings, configurations and certificates). If you withdraw consent, you will no longer be able to use your personal device for work purposes. Even if you withdraw your consent, however, some terms of this Consent Form will continue to apply for as long as there is Novartis information on your personal mobile device, including Novartis' right to inspect, copy, retire, or wipe (return to factory settings, which may result in the permanent loss of all personal data and information stored on your device).

With the exception of California Office-Based associates, associates who are not eligible to receive a company issued smart phone or iPad are eligible to request the use of a personal device as part of the BYOM service.

Only permitted devices with applicable levels of software may be used.  Refer to the information in the BYOM FAQ.

**For US NPC users**, there is a strict **limit of 1 device** per user, and only if not eligible for a Novartis provided mobile device.

You may not have a duplicate registration by device category (Smartphone/Tablet) – i.e. you may not have both a corporate smartphone and a BYOM smartphone.

To the extent permitted by the applicable law, Novartis will not be liable for any loss or damage arising directly or indirectly out of your use of your personal device for business purposes or Novartis' enforcement of or exercise of its rights.  The BYOM User Consent Form (as part of the registration process), contains further use specifics.

No Novartis company data is to be stored on a BYOM device except within the MobileIron partitioned container.

For BYOM, in the event that your employment with Novartis is terminated or you are no longer authorized to access Novartis' data, software or systems, you must retire your device from the BYOM program prior

NPC005082

to your departure via the BYOM portal. Novartis may, however, retire your device remotely and without notice prior to this action.  Although retiring a device is not intended to wipe other data that is private in nature (contacts, audio files, video files, software and photos), it may not be possible to distinguish this information from Novartis' data in every circumstance. BYOM users will acknowledge that in the event of a device retirement, it is possible that all or a portion of your private information contained on your personal device may be permanently deleted or destroyed. You should therefore regularly backup any private data contained on your personal device.

NPC005083

# 8   General Usage Guidelines

## 8.1   Personal Usage and Privacy

Similar to your Company-issued computer and office phone, your Company-issued mobile device is intended for business-related purposes.

Information about each employee's navigation of applications on the device, and their geo-location is subject to collection and monitoring by Novartis Pharmaceuticals Corporation.

Occasional personal use is permitted, to a limited extent, as long as the personal use does not conflict with job performance, other Novartis policies and Guidelines or results in monthly exceeding usage allowances.

## 8.2   Electronic Messaging (SMS/Text, IM and SMS, Skype for Business, etc.)

It is against company policy to use Electronic text or instant messaging programs/apps on mobile devices (e.g. Apple iMessage, SMS or the like) to transmit Novartis business information or any personally identifiable information with the exception of Skype for Business. Skype for Business is the only authorized mobile application for instant/text messaging of Novartis business information or any personally identifiable information. Novartis business information is defined broadly to include any substantive communications related to Novartis business, customers or associates.

You may use text or instant messaging programs/apps available on your mobile device (in addition to Skype for Business) to communicate short logistical or immediate action messages to other Novartis personnel (e.g., "I will be 10 minutes late," or "Check your email ASAP.")  These kinds of communications are not deemed to include Novartis business information.  For information on texting with customers, including HCPs, please see the NPC Compliance Navigator.

Other mobile instant messaging services and text messaging/Short Message Service (SMS) and Multi-media Messaging Service (MMS) should be used with caution and in accordance with this guideline. As always, all electronic messaging must comply with all relevant Company policies and Guidelines including the Corporate Code of Conduct and Ethics and Compliance policies. Associates receiving an electronic instant/text message that contains possible misconduct are required to report it to the Business Practice Office (BPO).

## 8.3   Electronic Mail (eMail)

When using mobile devices, it is important to remember that all current policies and guidelines for communicating with Customers, including HCPs, still apply.  Please consult NPC's Compliance Navigator for guidance related to eMail interactions with Customers.

- Always ensure clear communication by avoiding the use of abbreviations.
- Always respect the time and dignity of people who receive emails. Always be courteous, civil, and professional.

Refer to ISRM: Protecting Novartis Information Guideline Section 2.2.2 – Use of Email and Other Messaging Systems.

## 8.4   Mobile Applications

Associates are permitted to access and utilize the Company approved applications that are pre- installed on their iOS device for Company business purposes. The Company reserves the right to restrict applications. Associates may not access and/or purchase any applications restricted by the Company. There are no exceptions. If an associate accesses and/or purchases an application on a Company iOS device that is restricted by the Company, the Company may prevent the associate's iOS device from connecting with Company-owned servers until that application is removed from the iOS device.

NPC005084

Applications in the Apple App Store or Novartis App store can be downloaded based on job requirements

In addition to applications that are pre-installed on the Company iOS device, associates may be permitted for the purchase of additional applications. Any such application must be reviewed and approved by the associate's cost center manager, and charged to the corporate credit card. These applications may not be used to create or modify Company information.

Applications downloaded for limited personal use must be purchased using a personal credit card (if purchase is required).

## 8.5   Phone Numbers

All corporate issued equipment must be assigned a corporate issued phone number and retain that number for the life of the device (you may not disable or cancel a phone number associated with the device).   Wi-Fi only devices are strictly prohibited.

- All users with company issued devices are permitted to port a personal number in.
- All users are also permitted to port their number out to personal liability if desired.

NPC005085

## 9   Usage

### 9.1   Corporate Registered Devices

Associates use of any device registered on a corporate server (Corporate or BYOM registration) and any applications installed on the device MUST comply with all Novartis Code of Conduct guidelines, Ethics & Compliance Policies, PhRMA Code, and all other Corporate Policies, including the Novartis Social Media Guidelines, Novartis Internet Policy, Social Media Policy and SOPs.

Use of an iPad during interactions with healthcare professionals and institutions ("Customers") must be fully compliant with all Novartis guidelines, including direction on appropriate use of the Device from the MAP/OMAP review body.

In the event that full adherence to all NPC Code of Conduct, Ethics & Compliance Policy, Internet Policy, Social Media Policy, PhRMA Code, and other Corporate Policies is not demonstrated, the facts and circumstances will be submitted to the Business Practice Office (BPO) for full review and the individual(s) involved will be subject to disciplinary action, up to and including termination.

### 9.2   Apple ID

Each Company-owned iOS device is required to have an associated Novartis email address to allow the installation of applications from the Apple and Novartis AppStore.

- Novartis email addresses are to be used
- Only ONE Apple ID is permissible per device.  In the case a user is eligible for more than one iOS device they should use the same Apple ID on both devices.
- Personal (or individuals) Apple ID's should not be used on a Novartis iOS devices

Associates should be aware that by applying for this service they agree to provide Apple with all required information (for example: birthdate, personal security questions, etc.) in order to create an Apple ID.  This information is not stored by Novartis.

Applications approved for business use are to be paid for via the Novartis corporate credit card and receipts submitted via the current expense management system.  Applications for personal use must be paid for via a personal credit card.

You will need to change your Apple ID's credit card to your personal card when purchasing applications for personal use and then change it back to your Novartis corporate credit card when purchasing applications approved for business use.

### 9.3   Use of iOS devices in Interactions with Customers

Use of an iPad during interactions with customers must be fully compliant with all applicable Novartis Policies and related direction from the relevant approval bodies.

Only Company-approved applications and materials explicitly approved by relevant approval bodies for use on an iOS device may be used in interactions with customers. An associate can hand the Company-issued iOS device to a customer for sharing of an approved promotional piece, for an approved purpose (e.g., detailing from a sales aid) in the following circumstances:

- The associate is fully trained on how to use the customer tools and how to effectively demonstrate these tools to customers.
- The iOS device tools designed for customers are explicitly approved for hands-on interaction by relevant materials approval teams.
- The representative ensures that the customer stays within the intended program and does not access any other content on the device.

NPC005086

- The representative does not communicate the device passcode or password to any other person, including to a customer. Only the Novartis representative is permitted to unlock the device.
- The associate must physically stay with the customer throughout the demonstration unless otherwise indicated through an approved Working Practices Document (WPD).
- The iOS device is returned to the Associate upon completion of use for these purposes.

NPC005087

# 10 Storage and Synchronization

## 10.1 Storage of Data

### 10.1.1 Business and/or Work-related Electronic Documents – Sales Associates

Any Novartis business and/or work-related electronic documents (.doc, .xls, .ppt, .pdf, etc.) must be stored in the user-dedicated Internal Document Cloud Storage (One Drive) environment, in SharePoint or in other Novartis approved storage locations.

Business-related electronic documents may only be stored locally on the device when a connection to the Novartis IDCS/SharePoint environment is temporarily unavailable.   As soon as the Novartis IDCS/SharePoint environment is available, the user must immediately place the locally stored business-related documents to the Novartis IDCS/SharePoint environment and to delete the locally stored documents.

Refer to ISRM: Protecting Novartis Information Guideline section 2.2.1– Use of End-User Devices

### 10.1.2 Applications Used for Novartis Business and/or Work

Only Novartis provided and approved applications, which synchronize to the Novartis environment may be used in connection with any business and/or work related activities.

Under no circumstances may any Application or service through an Application (i.e. 'dropbox','box.net', etc.) be used to store any business related data or privacy relevant data related to Novartis. The same applies to data classified as confidential or strictly confidential.

## 10.2 Data Synchronization

Under no circumstances are Company-issued iOS devices to be synchronized with any other computer. Additionally, use of non-Company issued computers (other than through the use of the BYOM services) for business purposes is a violation of this policy.  There are no exceptions. Violation will result in all of the information on the other computer being subject to review by Novartis in additional to any disciplinary action the Company deems appropriate.

### 10.2.1 Data Preservation / Document Retention

To the extent that an associate is under an obligation to preserve documents and information in accordance with Company Document Retention Policies or in response to a particular Document Preservation Notice ("DPN") issued by Legal, preservation obligations apply to any and all relevant information contained in the mobile device.

If an associate has a question related to an obligation to preserve documents subject to a Document Preservation Notice, the associate should contact the originator of the Document Preservation Notice in the Legal Department. If an associate has a question related to the Document Retention Policy, the associate should contact their supervisor or the Records Management team.

Lastly there may be situations where it is necessary to collect data from the device in order to respond to a litigation or investigation.  These situations may require the user to provide relevant passwords (e.g., device passcode, iTunes password) to Legal and/or IT so that they can access the device to complete the data collection.

NPC005088

## 11 Wi-Fi Calling

Wi-Fi Calling is a service offered on smartphones that allows phone calls to be made from your phone number over Wi-Fi and without cellular service.  This is particularly helpful in situations in which there is weak or no cellular signal (e.g., travelling internationally).  In these scenarios, Wi-Fi calling is permitted for use on all iPhones.  **However, Wi-Fi calling should not be used for calls where a call record is required (e.g., rep calls / call center).**  Failing to comply with this condition may result in disciplinary action.

## 12 Personal Hotspot Usage

All corporate issued iOS devices are equipped with the ability to enable the personal hotspot on the device.  The personal hotspot will allow your other devices to access the internet when a secure Wi-Fi network is not available.  Usage of this feature is must comply with the following:

- Only Novartis issued devices (laptops, iPads, etc...) should be connected to the personal hotspot of a corporate issued iOS device.
- Personal hotspot usage should adhere to the limited personal usage parameter as detailed in section two of this guideline.
- Users should be especially cognizant of personal hotspot usage while traveling internationally as international data usage is very expensive.

## 13 Printing

Apple iOS devices utilize the AirPrint facility that allow associates to print to a supported printer over Wi-Fi.  Printing from iOS devices is only permitted under the following conditions:

- By field associates within a private home network that is protected.
- Sending printouts to remote printers or to an unsecure private network is **Prohibited.**

## 14 iOS Device Management

During device setup and registration, device profiles are automatically pushed to the iOS Device by the Global MobileIron Synchronization Service.  These profiles contain required security and email settings to ensure secure connectivity to the Novartis network.

### 14.1 Removing Profiles

Any changes done to installed profiles are prohibited and will result in the disablement of access to the Novartis network or wiping of the device.

### 14.2 Removing of MobileIron Application

Removal of the MobileIron Application is prohibited.

### 14.3 Jail Breaking

Jail breaking is the process of removing the limitations on Apple devices, running the iOS operating system that make it possible to alter the setup of the device and download applications that are not permitted. Jail Breaking of any Novartis owned and managed iOS device (or BYOM device) is strictly prohibited. Additionally, associates are not permitted to register a personal jail broken device on the Novartis network.

NPC005089

## 15 Theft, Loss & Damage

**ANY** associate, who misplaces or loses their corporate issued device, must initially contact Novartis Security @ 862-778-6701 to report the issue and be issued a Security Incident number.  After receiving a Security Incident number, associates must contact their respective Novartis Service Desk.

For BYOM devices, associates must contact their respective Novartis Service Desk to report the lost or stolen device and follow instructions provided.

Associates who find their corporate issued device later may contact their respective Service Desk to have service restored.

**ANY** associate, who damages their corporate issued device, must contact their respective Service Desk to request a replacement device.

Novartis security is of the utmost importance when using wireless devices.  The email and company data transmitted though these devices are confidential and proprietary and considered to be the property of Novartis.   Associates must protect confidential Novartis information by ensuring they keep their device(s) secure at all times.

Novartis will not replace lost, stolen or damaged personal devices.

## 16 Equipment Disposition and Retrieval

Company issued mobile equipment, including iOS devices and high speed data devices/cards remain the property of Novartis.

Associates will not be allowed to retain their company issued mobile equipment and must return mobile equipment to their supervisor:

- When they terminate their employment with Novartis
- When they return their device as it is no longer utilized for business purposes

Associates must sign out of iCloud before returning their assets to their manager.

The user's supervisor is responsible for ensuring that all Company issued mobile devices are returned to the local Support Organizations for suspension and deactivation as outlined via local off-boarding processes.

## 17 Asset Management

All Novartis company owned iOS devices are similar to other computer hardware issued to associates and are managed via an asset management tracking system.  As with other computer assets issued to associates, preservation of electronic assets and records retention polices extend to all Novartis company owned iOS devices.  All iOS devices should be signed out of iCloud by the associates prior to returning it to local asset management teams. **Wiping the device prior to returning it to local asset management teams is prohibited.**

NPC005090

# 18 Approvals, Expense Reimbursement, Service Charges and Equipment Charges and Upgrades

## 18.1 Approvals

All orders for Corporate Smart Phones, iOS devices, MiFi devices and BYOM services must be placed through the approved order process to ensure associates order approved devices, receive and gain e-mail connectivity. There are no exceptions to this policy. For more information, please refer to the Global IT Client Device Policy.

## 18.2 Expense Reimbursement

Novartis will only reimburse for one mobile voice plan per associate, if approved by the cost center manager. All associates issued a Novartis provided phone will use the Global Mobility Services contract. The mobile carrier will be assigned based on device type and users location.

In general, reimbursement of personal usage will be limited to those who infrequently take business related calls on their personal phone. Reimbursement of personal device usage is permitted with approval of the cost center manager:

- All reimbursement is provided through the expense management system
- The personal use plan should be enrolled under the Novartis discount program and the billing information must be viewable to Novartis
- Contact your supervisor for more details

## 18.3 Service Charges

Refer to your local Travel and Expenses policy or cost center manager for mobile device reimbursement details.

## 18.4 Employee Discounts

Novartis negotiated discounts are currently available with the following wireless carriers: AT&T, Sprint, and Verizon Wireless. For information on how to sign up for these discounts please refer to the National Discounts in the USA.

## 18.5 Equipment Replacement and Refresh Programs

Equipment upgrades for associates will only be considered after a company determined time period, in accordance with the current device policy. Hardware previously issued must be returned to the mobility team via interoffice or by use of pre-paid FedEx label.

NPC005091

# 19 Monitoring of Use

## 19.1 Usage Monitoring

Novartis Cost Center Managers, as well as authorized Novartis agents, will be provided access to associates' mobile device usage including call details on a monthly basis via automated reports to review usage and provide plan change recommendations.

## 19.2 Non-Usage

Mobile devices that are found to have no usage after 3 consecutive months will be reviewed for cancellation unless the associate has filed for an exception with the local service desk.  Users will be identified and communicated to as part of a global campaign that is run by our third-party telecom expense management company MDSL.  Any associate whose service has been suspended must reapply and be re-approved, as outlined above before new service will be assigned.

## 19.3 Employee Transfers

Cost Center Managers are responsible for ensuring associates transferring into their area with an existing Mobile Device continue to meet approval criteria.  Contact the local ServiceDesk to request cancellation of service if the associates' role does not require a Mobile Device.  Cost Center Managers are also responsible for returning all Mobile Devices to the asset recovery team when an associate terminates.

# 20 Mobility Usage Guidelines

Mobility charges are one of the largest expenses to Novartis. Corporate desk or home office phones, when available, are the preferred and least expensive method of communication.  Refer to the MDSL "Your monthly mobile device usage" e-mails for a breakdown of your consumption as compared to other users within your business unit.

Using your corporate issued mobile device while roaming outside of the United States is very expensive. Depending on your mobile phone carrier it bills on a pay-per-use or per day basis.  Please be cognizant of your cellular data usage while roaming to minimize the financial impact to the company.

## 20.1 Calls Made at Novartis Locations or Home Office

Associates at any Novartis locations are required to utilize Company Desk phones (if available) to conduct business. Additionally, associates working from their home offices should utilize their office phones while conducting business. Specifically this would include, but not limited to: Global Meet or other Business Teleconferences and any training sessions utilizing 800 Toll Free numbers.

NPC005092

# 21 Versioning

| Date | Name | Description of update |
|------|------|------------------------|
| June 2013 | Bill Fitzsimons | Original document |
| December 2014 | Ed Scheuermann | -Modify approvals to remove EC member/CIO and Finance approvals.  Just requires Cost center manager approvals<br>- No automatic approvals for VIP's, now just EC members have automatic approvals<br>- Reformatted document and move Eligibility Matrix to technology sections<br>- Cleaned up formatting<br>- Replace iPhone with SmartPhone to reflect generalization of phone technology and not specify a branded phone<br>- Removed condition that company will keep the phone number upon leaving the company.  As there will be no condition in this policy, if the associate requests return of the phone number, it will be provided back to the associate<br>- Removed condition that this policy must be reviewed annually.  Now it notes that this policy will be reviewed and modified as needed<br>- Added BYOM<br>- removed no longer needed links |
| August 2015 | Ed Scheuermann | Converted to a Guideline from a Policy as requested by IGM<br><br>Modified content based on Legal department requirements |

NPC005093

| March 2016 | Ed Scheuermann | Added US associates in Sandoz, NBS and NSI that are covered by this Guideline.  Sandoz associates are not eligible for iPads.  HQ below director level requires 1 over 1 approval for iPhone.  Added that contractors (non FTE) are eligible for BYOM.  Removed references to Blackberries.  Clarified that phone numbers will not be returned to the associate upon termination.  Removed references to Sprint FonCard.    Section 2.2.1, Sandoz iPhones for Finance request from Chris Bacque.  Inclusion of BYOM and company issued iPads and smart phones |
| September 2016 | Ed Scheuermann | Refined US associates in Oncology, Sandoz, NBS and NSI that are covered by this Guideline. |
| November 2016 | Ed Scheuermann | Refined section 9.1.  Adding no limitation of providing mobile phone numbers back to the associate |
| September 2019 | Alex Gomes (Ext) | <ul><li>Reformatted entire document so that the styles (fonts, margins, etc.) are consistent</li><li>Added Table of Contents</li><li>Reorganized information contained within guideline for better organization</li><li>Updated Links to now relevant processes/policies</li><li>Removed appendices</li><li>Added Wi-Fi calling section</li><li>Added Personal Hotspot section</li><li> Updated information to more accurately represent the current mobility environment</li><li>Reworded Purpose and Scope</li></ul> |

NPC005094