IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:21-cv-02559-CMA-SBP | Date: May 15, 2024 |
| Courtroom Deputy: Tram Vo | FTR: Courtroom C205 |

*Parties:* | *Counsel:*

LAURI LITTLEWOOD, | *Pro Se*

    Plaintiff,

v.

NOVARTIS PHARMACEUTICALS CORP., | Courtney Witten
| Sean Ryan

    Defendant.

**COURTROOM MINUTES**

**DISCOVERY HEARING**

**11:00 a.m.    Court in session.**

Court calls case. Appearances of counsel and Plaintiff Lauri Littlewood, pro se.

This matter is before the court to discuss the issues as set forth in the court's order (ECF No. 105). Discussion on the record.

Plaintiff raises the possibility of voluntarily dismissing this case. As discussed on the record, the parties are directed to confer on this topic and submit a joint status report concerning potential dismissal of the action no later than **12:00 p.m. May 20, 2024.** If the case proceeds, the court will issue an updated order to set new deadlines relating to the forensic examinations of Plaintiff's iPad and its iCloud backup by InterHack, as discussed on the record.

**11:44 a.m.    Court in recess.**

Hearing concluded.
Total in-court time: 44 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.