UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO

LAURI LITTLEWOOD,

    Plaintiff,

v.

NOVARTIS PHARMACEUTICALS CORP.,   Civil Action No.: 1:21-cv-02559-CMA-SBP

    Defendant.

## JOINT STIPULATION FOR DISMISSAL

Pursuant to a settlement agreement between the parties, incorporated by reference and attached hereto as Exhibit 1, the parties jointly stipulate to the dismissal of the action with prejudice including all claims, counterclaims, and defenses. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties request that this matter be dismissed with prejudice and that each party shall bear its own attorney's fees, costs, and expenses related to the action.

The parties further jointly request that the Court retain jurisdiction solely over the enforcement of the attached settlement agreement, consistent with *Cattleco, LLC v. United AG Exp. Corp.*, No. 07-cv-02066-BNB-KLM, 2009 WL 973562 at *3 (D. Colo. Apr. 10, 2009), citing *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

Dated: May 21, 2024                              Respectfully submitted,

                                                          BAKER & HOSTETLER LLP

- 2 -

<table>
<tr><td>By: <i>[signature: Lauri Littlewood]</i><br>Lauri Littlewood<br><br>4452 Terry Lake Road<br>Fort Collins, CO 80524<br><br><i>Pro se</i></td><td>By:    /s/ <i>Courtney Witten</i><br>Courtney M. Witten<br>cwitten@bakerlaw.com<br>M. Scott McIntyre<br>smcintyre@bakerlaw.com<br>1801 California Street<br>Suite 4400<br>Denver, Colorado 80202<br>Telephone: 303.861.0600<br>Facsimile:  303.861.7805<br><br><i>Attorneys for Novartis Pharmaceutical Corp.</i></td></tr>
</table>